# UNITED STATES DISTRICT COURT

DISTRICT OF R I

UNITED STATES OF AMERICA
V.
George Tabora

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07 MJ 51 A

I, George Tabora, charged in a ☑ complaint ☐ petition pending in this District

in violation of 18, U.S.C., 1951(a) + 912,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

George W. Tabora
*Defendant*

5/29/07
*Date*

Mary S. McElroy
*Counsel for Defendant*