**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR. 07 M 51 LDA** |
| | ) | |
| **GEORGE TABORA** | ) | |

---

## MOTION TO AMEND BAIL CONDITIONS

Now comes the defendant, George Tabora, and asks that this Honorable Court amend his bail conditions. Specifically Mr. Tabora requests that this court allow him to leave his home for the purposes of clothing shopping in addition to the time that he is allowed to leave for grocery shopping.

In addition Mr. Tabora requests that this court allow him to attend a dinner being given on his daughter's behalf at the Harborside Restaurant in East Greenwich on Friday July 6, 2007 at approximately 5:00 p.m. Finally he requests permission to visit the graves of two family members.

Respectfully Submitted
George Tabora
By His Attorney,

/s/ Mary S. McElroy
R.I. Bar no. 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
mary_mcelroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Lee Vilker, AUSA, on the second day of July, 2007.

/s/ Mary S. McElroy