IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 07 111 S |
| | ) | Cr. No. |
| vs. | ) | In violation of |
| | ) | 18 U.S.C. §§ 1951(a) & 912 |
| GEORGE TABORA | ) | |

FILED
AUG 17 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INFORMATION

The United States Attorney charges:

COUNT 1

From on or about May 7, 2007 through May 16, 2007, in the District of Rhode Island, the defendant, GEORGE TABORA, did knowingly attempt to obstruct, delay and affect commerce by means of extortion.

In violation of 18 U.S.C. § 1951(a).

COUNT 2

From on or about May 7, 2007 through May 16, 2007, in the District of Rhode Island, the defendant, GEORGE TABORA, did falsely assume and pretend to be an officer and employee acting under the authority of the United States and a department and agency thereof, and acting as such and in such pretend character, did demand money and things of value.

In violation of 18 U.S.C. § 912.

ROBERT CLARK CORRENTE
United States Attorney

By: Lee Vilker

LEE H. VILKER
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Criminal Chief

8/17/07
Date