AO 257
(USAO REV. 6/99)

CR 07 111S

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, PROVIDENCE, RHODE ISLAND

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): LEE H. VILKER

**DEFENDANT – U.S. vs.**

GEORGE TABORA

Address REDACTED

Birth Date

Female (if applicable)

Social Security Number

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Bureau of Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶ 1:07M51A

Place of offense: RHODE ISLAND 1:07-M-51LDA

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
ACI -- held on related charges

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

COUNT 1: did knowingly attempt to obstruct, delay and affect commerce by means of extortion -- 18 U.S.C. Section 1951(a)

Penalties:
20 Years Imprisonment; $ 250,000 Fine; 5 Years Supervised Release; and $100 Special Assessment.

COUNT 2: did falsely assume and pretend to be an officer or employee acting under the authority of the United States and a department and agency thereof, and acting as such and in such pretend character, demanded money and things of value -- 18 U.S.C. Section 912

Penalties:
3 Years Imprisonment; $ 250,000 Fine; 3 Years Supervised Release; and $100 Special Assessment.

Anticipated Trial Days: 2-3 days

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)