O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
GEORGE TABORA

WAIVER OF INDICTMENT

CR 07 111 S

CASE NUMBER: ~~1:07-M-51LDA~~

I, GEORGE TABORA, the above named defendant, who is accused of

Ct.1 Obstruct, delay & affect commerce by extortion
18 U.S.C. § 1951(a)
CT 2 impersonate federal officer
18 U.S.C. § 912

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 24, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

GEORGE TABORA [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer USMJ