**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-111-01S** |
| | ) | |
| **GEORGE TABORA** | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes George Tabora, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for December 21, 2007, for an additional thirty (30) days. Mr. Tabora submits the attached memorandum in support of this request.

Respectfully submitted
George Tabora
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Lee Vilker, AUSA and the United States Probation Office on the 11th day of December, 2007.

/s/ Mary S. McElroy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-111-01S** |
| | ) | |
| **GEORGE TABORA** | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Tabora has moved this Honorable Court to continue the sentencing in this matter currently scheduled for December 21, 2007, for an additional thirty (30) days. Mr. Tabora states that the additional time is needed for the defense to complete the investigation necessary for sentencing. The government, through AUSA Lee Vilker, has agreed to this continuance and indicated it has no objection to the granting of this motion.

Respectfully submitted
George Tabora
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Lee Vilker, AUSA and the United States Probation Office on the 11th Day of December, 2007.

/s/ Mary S. McElroy