**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-111-01S** |
| | ) | |
| **GEORGE TABORA** | ) | |

---

## MOTION TO MODIFY TERMS OF SUPERVISED RELEASE

Now comes George Tabora, the Defendant in the above captioned matter, and moves, pursuant to Rule 32.1( c) of the Federal Rules of Criminal Procedure, to modify the terms of his supervised release. When he was sentenced on February 14, 2008, Mr. Tabora was ordered to serve eight months imprisonment to be followed by three years of supervised release. The court further ordered that the first two months of his supervised release be served on home confinement with electronic monitoring.

Mr. Tabora requests that his supervised release be modified and that in lieu of home confinement for the first two months a two-month period of community corrections be substituted. In support of this motion Mr. Tabora asserts that he will not have an apartment to return to in eight months. He has discussed this situation with his supervising probation officer. A substitution of two months of community corrections for two months of home confinement will allow Mr. Tabora to comply with all of the terms and conditions of his supervised release. In addition it will allow him a two-month period of time to secure housing and to reestablish his social security benefits.

The government, through AUSA Lee Vilker, indicates no objection to this motion.

Respectfully submitted
George Tabora
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within Motion on Lee Vilker, AUSA and the United States Probation Office on the 21st day of March, 2008.

/s/ Mary S. McElroy